```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>DANNY RAY PARRISH,            )<br>                              )<br>            Defendant.        )<br>_____) | CR-S-04-0208 GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on December 15, 2004, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Danny Ray Parrish forfeiting to the United States the following property:

    a.   $40,000.00 *sub res* in lieu of the real property located at 1804 Virginia Avenue, West Sacramento, California, APN: 058-102-02-1, recorded owner Danny Ray Parrish.

AND WHEREAS, on January 28, February 4, and 11, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Democrat</u> (Yolo County), a newspaper of general circulation located in the county in which the above-

1 described property is located.  Said published notices advised all
2 third parties of their right to petition the court within thirty
3 (30) days of the publication date for a hearing to adjudicate the
4 validity of their alleged legal interest in the forfeited property;
5     AND WHEREAS, the Court has been advised that no third party has
6 filed a claim to the subject property, and the time for any person
7 or entity to file a claim has expired.
8     Accordingly, it is hereby ORDERED and ADJUDGED:
9     1.  A Final Order of Forfeiture shall be entered forfeiting to
10 the United States of America all right, title, and interest in the
11 above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
12 of according to law, including all right, title, and interest of
13 Danny Ray Parrish.
14     2.  All right, title, and interest in the above-described
15 property shall vest solely in the name of the United States of
16 America.
17     3.  The United States shall maintain custody of and control
18 over the subject property until it is disposed of according to law.

Dated:  May 17, 2005

                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge

1 | **CERTIFICATE OF REASONABLE CAUSE**

Pursuant to the Plea Agreement between the government and defendant Danny Ray Parrish, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the above-described property.

Dated:  May 17, 2005

<pre>
                         /s/ Garland E. Burrell, Jr.
                         GARLAND E. BURRELL, JR.
                         United States District Judge
</pre>