DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANNY PARRISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>             Plaintiff,           )<br>                                   )<br>     v.                            )<br>                                   )<br>DANNY PARRISH,                     )<br>                                   )<br>             Defendant.           )<br>_____) | No. CR-S-04-208 GEB<br><br>MOTION TO EXONERATE BOND; ORDER<br><br><br><br>Judge: Hon. Garland E. Burrell, Jr. |

   On March 16, 2004, the magistrate judge ordered Danny Parrish released on a bond of $100,000, secured by real property owned by Danny Parrish in West Sacramento, California.  On June 16, 2008, the Court modified Danny Parrish's supervised release.  Because no other matters are pending before the Court, the bond securing Mr. Parrish's appearance may be ordered exonerated and the lien on Mr. Parrish's property released.

/ / /

/ / /

/ / /

/ / /

Accordingly, Mr. Parrish hereby moves to exonerate his bond and to reconvey his property, as set forth in the proposed order.

Dated:  October 29, 2009

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Caro Marks
                              _____
                              CARO MARKS
                              Assistant Federal Defender
                              Attorney for Defendant
                              DANNY PARRISH

                              **O R D E R**

**IT IS SO ORDERED.**

Dated:  November 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge